# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-132-411**

Effective date of registration:

September 5, 2012

---

### Title
**Title of Work:** 2009 Musician Photos
**Contents Titles:** 2009 Musician Photos

### Completion/Publication
**Year of Completion:** 2009
**Nation of 1st Publication:** United States

### Author
- **Author:** Larry Gene Philpot
  **Author Created:** photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States     **Domiciled in:** United States
  **Year Born:** 1953

### Copyright claimant
**Copyright Claimant:** Larry Gene Philpot
12527 Winding Creek Lane, Indianapolis, IN, 46236

### Rights and Permissions
**Name:** Larry Philpot
**Email:** larrygphilpot@gmail.com     **Telephone:** 317-567-1338
**Address:** 12527 Winding Creek Lane
Indianapolis, IN 46236  United States

### Certification
**Name:** Larry G. Philpot
**Date:** September 5, 2012

---

**EXHIBIT B**

**Correspondence:** Yes

