Case 2:18-cv-09087-LMA-KWR   Document 1-3   Filed 10/01/18   Page 1 of 7

# File:Willie Nelson at Farm Aid 2009.jpg

From Wikimedia Commons, the free media repository



 **Download** all sizes

 **Use this file** on the web

 **Use this file** on a wiki

 **Email a link** to this file

**Information** about reusing



Size of this preview: 400 × 600 pixels.
Original file (896 × 1,344 pixels, file size: 899 KB, MIME type: image/jpeg)

**Open in Media Viewer**

| | |
|---|---|
| **Description** | **English:** Willie Nelson getting ready to perform. Farm Aid 2009. Photo by Larry Philpot, www.soundstagephotography.com (http://www.soundstagephotography.com) |
| **Date** | 2 November 2009, 11:48 |

**EXHIBIT C**

| | |
|---|---|
| Source | Willie Nelson (https://www.flickr.com/photos/behindthemusic/5784437596/) <br> ■ Uploaded by Adrignola |
| Author | Larry Philpot (https://www.flickr.com/people/43996297@N05) from Indianapolis |
| Other versions | Derivative works of this file: Willie Nelson at Farm Aid 2009 - Cropped.jpg |

## Licensing



This file is licensed under the Creative Commons Attribution 2.0 Generic (https://creativecommons.org/licenses/by/2.0/deed.en) license.

You are free:

- **to share** – to copy, distribute and transmit the work
- **to remix** – to adapt the work

Under the following conditions:

- **attribution** – You must attribute the work in the manner specified by the author or licensor (but not in any way that suggests that they endorse you or your use of the work).



This image, originally posted to **Flickr**, was reviewed on May 31, 2011 by the administrator or reviewer **File Upload Bot (Magnus Manske)**, who confirmed that it was available on Flickr under the stated license on that date.

## File history

Click on a date/time to view the file as it appeared at that time.

| | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | **02:21, 1 June 2011** | | 896 × 1,344 (899 KB) | Adrignola (talk \| contribs) | Updated version |

- You cannot overwrite this file.

## File usage on Commons

The following page uses this file:

Case 2:18-cv-09087-LMA-KWR   Document 1-3   Filed 10/01/18   Page 3 of 7

- File:Willie Nelson at Farm Aid 2009 - Cropped.jpg

# File usage on other wikis

The following other wikis use this file:

- Usage on cs.wikipedia.org
    - Portál:Hudba/Obrázek/2012/09
    - Portál:Hudba/Obrázek/Archiv/2012
- Usage on en.wikipedia.org
    - List of Country Music Hall of Fame inductees
    - Forever Country
- Usage on ru.wikipedia.org
    - Нельсон, Вилли
    - Forever Country

# Metadata

This file contains additional information such as Exif metadata which may have been added by the digital camera, scanner, or software program used to create or digitize it. If the file has been modified from its original state, some details such as the timestamp may not fully reflect those of the original file. The timestamp is only as accurate as the clock in the camera, and it may be completely wrong.

| Camera manufacturer | Canon |
| --- | --- |
| Camera model | Canon EOS-1Ds Mark III |
| Copyright holder | 2009 Larry Philpot |
| Exposure time | 1/80 sec (0.0125) |
| F-number | f/4 |
| ISO speed rating | 800 |
| Date and time of data generation | 23:34, 4 October 2009 |
| Lens focal length | 200 mm |

Retrieved from "https://commons.wikimedia.org/w/index.php?title=File:Willie_Nelson_at_Farm_Aid_2009.jpg&oldid=276053422"

**This page was last edited on 2 January 2018, at 07:07.**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy.

File:Willie Nelson at Farm Aid 2009 - Cropped.jpg - Wikimedia Commons     https://commons.wikimedia.org/wiki/File:Willie_Nelson_at_Farm_Aid_...



# File:Willie Nelson at Farm Aid 2009 - Cropped.jpg

From Wikimedia Commons, the free media repository



 Download all sizes

 **Use this file** on the web

 **Use this file** on a wiki

 **Email a link** to this file

 **Information** about reusing

No higher resolution available.
Willie_Nelson_at_Farm_Aid_2009_-_Cropped.jpg (365 × 438 pixels, file size: 47 KB, MIME type: image/jpeg)

Open in Media Viewer

| | |
|---|---|
| **Description** | **English:** Willie Nelson getting ready to perform. Farm Aid 2009. Photo by Larry Philpot, www.soundstagephotography.com (http://www.soundstagephotography.com) |
| **Date** | 15 June 2011, 01:30 (UTC) |
| **Source** | This file was derived from: Willie Nelson at Farm Aid 2009.jpg: |
| **Author** | <ul><li>Willie_Nelson_at_Farm_Aid_2009.jpg: Larry Philpot (https://www.flickr.com/people/43996297@N05) from Indianapolis</li><li>derivative work: GDuwen Tell me!</li></ul> |

 This is a **retouched picture**, which means that it has been digitally altered from its original version. Modifications: *Image Cropped to use in Infobox*. The original can be viewed here: **Willie Nelson at Farm Aid 2009.jpg**. Modifications made by GDuwen.



This file is licensed under the Creative Commons Attribution 2.0 Generic (https://creativecommons.org/licenses/by/2.0/deed.en) license.

You are free:

- **to share** – to copy, distribute and transmit the work
- **to remix** – to adapt the work

Under the following conditions:

- **attribution** – You must attribute the work in the manner specified by the author or licensor (but not in any way that suggests that they endorse you or your use of the work).



**Personality rights warning**

Although this work is freely licensed or in the public domain, the person(s) shown may have rights that legally restrict certain re-uses unless those depicted consent to such uses. In these cases, a model release or other evidence of consent could protect you from infringement claims. Though not obliged to do so, the uploader may be able to help you to obtain such evidence. See our general disclaimer for more information.

## Original upload log

This image is a derivative work of the following images:

- File:Willie_Nelson_at_Farm_Aid_2009.jpg licensed with Cc-by-2.0
    - 2011-06-01T02:21:46Z Adrignola 896x1344 (920908 Bytes) *Updated version*

*Uploaded with derivativeFX*

## File history

Click on a date/time to view the file as it appeared at that time.

|  | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | 01:30, 15 June 2011 |  | 365 × 438 (47 KB) | GDuwen (talk \| contribs) | {{Information \|Description={{en\|Willie Nelson getting ready to perform. Farm Aid 2009. Photo by Larry Philpot, [http://www.soundstagephotography.com www.soundstagephotography.com]}} \|Source=*File:Willie_Nelson_at_Farm_Aid_2009.jpg \|Date=2011-06-1 |

- You cannot overwrite this file.

## File usage on Commons

The following page uses this file:

- Willie Nelson

## File usage on other wikis

The following other wikis use this file:

- Usage on azb.wikipedia.org
    - ویلی نلسون
- Usage on be-tarask.wikipedia.org
    - Ўілі Нэльсан
- Usage on bg.wikipedia.org
    - Уили Нелсън
- Usage on bn.wikipedia.org
    - উইলি নেলসন
- Usage on de.wikipedia.org

- National Recording Registry
- Usage on el.wikipedia.org
  - Γουίλι Νέλσον
- Usage on en.wikipedia.org
  - Country music
  - 1933
  - Willie Nelson
  - List of country music performers
  - List of people from Texas
  - Outlaw country
  - Grammy Award for Best Country Collaboration with Vocals
  - Grammy Legend Award
  - National Recording Registry
  - List of Tau Kappa Epsilon brothers
  - Portal:Waylon Jennings
  - Portal:Willie Nelson
  - Portal:Merle Haggard
- Usage on en.wikiquote.org
  - Willie Nelson
- Usage on es.wikipedia.org
  - Willie Nelson
  - Anexo:Premio Grammy a la mejor colaboración vocal country
  - Usuario:MadonnaFan/Vitrina
- Usage on fa.wikipedia.org
  - ویلی نلسون
- Usage on fr.wikipedia.org
  - Willie Nelson
- Usage on ga.wikipedia.org
  - Willie Nelson
- Usage on ha.wikipedia.org
  - Willie Nelson
- Usage on he.wikipedia.org
  - וילי נלסון
- Usage on id.wikipedia.org
  - Pendaftaran Rekaman Nasional
- Usage on it.wikipedia.org
  - Willie Nelson
  - Will (nome)
- Usage on ja.wikipedia.org
  - カントリー・ミュージック
- Usage on ka.wikipedia.org
  - ვილი ნელსონი
- Usage on ko.wikipedia.org
  - 윌리 넬슨
- Usage on ml.wikipedia.org
  - വില്ലി നെൽസൺ
- Usage on no.wikipedia.org
  - Willie Nelson
  - Liste over gitarister
- Usage on pl.wikipedia.org
  - Willie Nelson
- Usage on pt.wikipedia.org

- We Are the World
- Usage on ru.wikipedia.org
  - Grammy Legend Award
  - Премия «Грэмми» за лучшее совместное кантри-исполнение с вокалом
- Usage on sco.wikipedia.org
  - Willie Nelson
- Usage on simple.wikipedia.org
  - Willie Nelson
  - List of people from Texas
- Usage on sv.wikipedia.org
  - Willie Nelson
- Usage on th.wikipedia.org
  - วิลลี เนลสัน
- Usage on uk.wikipedia.org
  - Grammy Legend Award
- Usage on ur.wikipedia.org
  - مسودہ:خانہ معلومات درکار تصاویر والے مضامین

# Metadata

This file contains additional information such as Exif metadata which may have been added by the digital camera, scanner, or software program used to create or digitize it. If the file has been modified from its original state, some details such as the timestamp may not fully reflect those of the original file. The timestamp is only as accurate as the clock in the camera, and it may be completely wrong.

| Camera manufacturer | Canon |
|---|---|
| Camera model | Canon EOS-1Ds Mark III |
| Exposure time | 1/80 sec (0.0125) |
| F-number | f/4 |
| ISO speed rating | 800 |
| Date and time of data generation | 23:34, 4 October 2009 |
| Lens focal length | 200 mm |

Retrieved from "https://commons.wikimedia.org/w/index.php?title=File:Willie_Nelson_at_Farm_Aid_2009_-_Cropped.jpg&oldid=282627055"

**This page was last edited on 25 January 2018, at 04:11.**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy.