

EXHIBIT E

gonola.com/things-to-do-in-new-orleans/arts-culture/gonola-recommends-5-things-to-do-in-new-orleans-this-weekend-146

on his own one-hour HBO Special, "I Swear to God," which is currently airing. One of the fastest rising stars in the world of comedy, Jefferies is known for his particular brand of comedy, which manages to both shock and charm audiences at the same time. The show starts 8 p.m., Friday, March 7. Tickets are available at civicnola.com.

**4. Willie Nelson & Family** – Country music legend Willie Nelson plays this Friday night at House of Blues New Orleans (225 Decatur Street in the French Quarter). The opening act is a family affair: Willie's son and his band will perform as Lukas Nelson & Promise Of The Real open the show. Doors open at 7 p.m., and the show begins at 8 p.m.. Tickets are still available at House of Blues.

Willie Nelson, image courtesy of wikipedia.org

## Saturday, March 8

**5. SxSW Bounce Fundraiser** –
Some of the biggest names in New Orleans bounce rap perform this Saturday night at Siberia (2227 St. Claude Ave) in order to raise money to send them to Austin, Texas to perform at SXSW. Look forward to twerking to performances by Big Freedia, Katey Red, Magnolia Rhome, Wall Wiggady and more. The show kicks off at 10 p.m. Tickets are $12 the day of the show, or $10 in advance at SiberiaNOLA.com.

Related

Sorry, no related articles

:26_101558....jpg glass cleaner mexi....jpg Michale Myers.jpg 22851804_102109....jpg 22894039_102123....jpg 23031288_205210....jpg 1000362006451183.pdf Show all

Type here to search 3:14 PM 11/1/2017

